AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Presnell, Gregory A | 2. Court or Organization<br><br>Middle Dist/FL, Orlando Div. | 3. Date of Report<br><br>4/22/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address<br><br>401 West Central Blvd.<br>Suite 5750<br>Orlando, FL 32801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Residential Homeowners Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 4/22/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Akerman, Senterfitt & Eidson law firm compensation |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2 | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 4/22/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Atlanta Journal | Tickets to SEC basketball tournament, Atlanta, GA (March 2007) | $ 200.00 |
| 2. | P.S.M. Holding, Inc. | Air travel, roundtrip Orlando/Watertown, SD (Oct. 2007) | $ 450.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Presnell, Gregory A | 4/22/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank Account #1 (GP) | A | Interest | K | T | | | | | |
| 2. SunTrust Bank Account #2 ● | A | Interest | L | T | | | | | |
| 3. | | | | | | | | | |
| 4. Brokerage Account (MS-GP) | | | | | | | | | |
| 5. Nuveen Mun. Value Fund | B | Interest | K | T | | | | | |
| 6. Liquid Asset Fund | A | Interest | K | T | | | | | |
| 7. Real Estate Fund | A | Dividend | J | T | Part Sell | 5/31 | J | A | |
| 8. Cape Coral Bd. | A | Interest | J | T | | | | | |
| 9. US Treas Bd. | A | Interest | J | T | Redeem | 11/15 | J | A | |
| 10. I Shares Emer. Mkt | A | Dividend | J | T | Part Sell | 8/07 | J | A | |
| 11. I Shares Gold Sachs NR | A | Dividend | J | T | | | | | |
| 12. I Shares MSCI-EAFE | A | Dividend | J | T | | | | | |
| 13. I Shares Russ. 2000 | A | Dividend | J | T | | | | | |
| 14. I Shares Russ. 1000 | A | Dividend | J | T | | | | | |
| 15. Amex S&P 500 | A | Dividend | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. Brokerage Account (MS-● | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 4/22/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nuveen Mun. Value Fund | A | Dividend | K | T | Buy | 1/31 | J | | |
| 19. Nuveen Mun. Value Fund | | | | | Buy | 10/29 | J | | |
| 20. Liquid Asset Fund | B | Dividend | M | T | Buy | 11/14 | L | | |
| 21. MSDW Global Div. Gr. | A | Dividend | J | T | | | | | |
| 22. Quality Inc. Trust | A | Dividend | | | Sell | 1/29 | J | A | |
| 23. Putnam U.S. Gov't | A | Dividend | J | T | Buy | 1/31 | J | | |
| 24. Putnam U.S. Gov't | | | | | Buy | 10/29 | J | | |
| 25. U.S. Gov't Sec. | A | Dividend | J | T | | | | | |
| 26. Amex S&P 500 | A | Dividend | J | T | Buy | 1/31 | J | | |
| 27. Amex S&P 500 | | | | | Buy | 10/29 | J | | |
| 28. I Shares Russell 1000 Gr. | A | Dividend | J | T | Buy | 1/31 | J | | |
| 29. I Shares Russell 1000 Val. | A | Dividend | J | T | Buy | 1/31 | J | | |
| 30. Broward Co. W&S Bd. | A | Interest | J | T | | | | | |
| 31. Alliance Berger Muni-Fi | A | Dividend | J | T | Buy | 1/31 | J | | |
| 32. Franklin Real Estate | A | Dividend | J | T | Buy | 1/31 | J | | |
| 33. Allianz Sm. Cap | A | Dividend | J | T | Buy | 1/31 | J | | |
| 34. Templeton Foreign Fd. | A | Dividend | J | T | Buy | 1/31 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 4/22/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Amex 500 Index (Note 1) | | | | | | | | | |
| 36. Hernando Cty Bd. | A | Interest | J | T | | | | | |
| 37. Hillsborough Cty Bd. | A | Interest | J | T | | | | | |
| 38. Ocala W&S Bd. | A | Interest | J | T | | | | | |
| 39. St. Johns Cty Bd. | A | Interest | | | Redeem | 12/3 | J | A | |
| 40. I Shares Russ. 2000 | A | Dividend | J | T | Buy | 1/31 | J | | |
| 41. I Shares MSCI Emer. | A | Dividend | K | T | Part Sell | 8/6 | J | A | |
| 42. I Shares Lehman | A | Dividend | J | T | | | | | |
| 43. I Shares Goodman Sachs | A | Dividend | K | T | Buy | 1/31 | J | | |
| 44. I Shares MSCI EAFE | A | Dividend | K | T | Buy | 1/31 | J | | |
| 45. Fidelity NASDAQ | A | Dividend | J | T | Buy | 1/31 | J | | |
| 46. I Shares S&P Mid Cap 400 | A | Dividend | J | T | Buy | 1/31 | J | | |
| 47. I Shares DJ Select | A | Dividend | J | T | Buy | 1/31 | J | | |
| 48. Bank CD | A | Interest | | | Redeem | 10/29 | L | | |
| 49. Lee Co. Bond | A | Interest | J | T | Buy | 10/30 | J | | |
| 50. Mia-Dade Bond | A | Interest | K | T | Buy | 10/30 | K | | |
| 51. STI Tax Exempt Bd. | B | Dividend | | | Sell | 6/6 | M | C | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 4/22/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | | | | | |
| 53. Vanguard (GP) | | | | | | | | | |
| 54. Prime MM Fund | B | Dividend | M | T | Buy | 10/31 | M | | |
| 55. Total Bond Mkt. | B | Dividend | K | T | | | | | |
| 56. Fl. Tax Exempt | B | Dividend | K | T | | | | | |
| 57. Tax-Managed Bal. Fd. | A | Dividend | | | Sell | 10/31 | K | D | |
| 58. Asset Allocation Fd. | A | Dividend | K | T | | | | | |
| 59. Euro Stock Index | A | Dividend | J | T | | | | | |
| 60. Health Care | C | Dividend | K | T | Part Sell | 10/31 | J | C | |
| 61. Extended Market | A | Dividend | | | Sell | 10/31 | K | D | |
| 62. Pacific Stock Index | A | Dividend | | | Sell | 10/31 | J | B | |
| 63. REIT Index | B | Dividend | K | T | Part Sell | 10/31 | K | D | |
| 64. Sm Cap. Index | A | Dividend | K | T | | | | | |
| 65. Tax-Managed G&I | A | Dividend | K | T | | | | | |
| 66. Tax-Managed Inter'l | A | Dividend | K | T | | | | | |
| 67. Windsor II | D | Dividend | L | T | | | | | |
| 68. GNMA Fund | A | Dividend | J | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)    S =Assessment                T =Cash Market
   (See Column C2)              U =Book Value             V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 4/22/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Inter-Term Bd. Index | A | Dividend | J | T | | | | | |
| 70. Short-Term Bd. Index | A | Dividend | J | T | | | | | |
| 71. Strategic Equity Fd. | C | Dividend | K | T | | | | | |
| 72. Emerging Mkt. Stock Index | A | Dividend | K | T | | | | | |
| 73. Inter. Term Bd. Index | A | Dividend | J | T | Buy | 3/22 | J | | |
| 74. Inter. Term Tax Exempt | A | Dividend | J | T | Buy | 7/24 | J | | |
| 75. Asset Alloc. Fd. | A | Dividend | J | T | Buy | 7/24 | J | | |
| 76. Sm Cap. Val. Index | A | Dividend | J | T | Buy | 7/24 | J | | |
| 77. | | | | | | | | | |
| 78. Vanguard-● | | | | | | | | | |
| 79. Mid-Cap | A | Dividend | K | T | | | | | |
| 80. Prime MM Fd. | B | Dividend | M | T | Buy | 11/19 | M | | |
| 81. GNMA Fund | A | Dividend | | | Sell | 10/26 | J | A | |
| 82. Emerging Mkts Stock Index | A | Dividend | K | T | Part Sell | 10/26 | J | D | |
| 83. Equity Income Fd. | B | Dividend | K | T | | | | | |
| 84. Global Equity Fd. | B | Dividend | K | T | Buy | 7/24 | J | | |
| 85. 500 Index Fd. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 4/22/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. REIT Index Fd. | A | Dividend | | | Sell | 10/26 | K | C | |
| 87. Sm. Cap. Index Fd. | A | Dividend | K | T | | | | | |
| 88. Total Stock Mkt. Index | A | Dividend | | | Sell | 10/26 | J | C | |
| 89. Windsor II Fd. | B | Dividend | K | T | | | | | |
| 90. Total Bond Mkt. Index | B | Dividend | K | T | | | | | |
| 91. Inflation Protected Sec. | A | Dividend | J | T | | | | | |
| 92. Fl. L.T. Tax Ex. | B | Dividend | K | T | Buy | 3/22 | J | | |
| 93. Select Val. Fd. | C | Dividend | K | T | | | | | |
| 94. Strategic Equity Fund | A | Dividend | | | Sell | 10/26 | K | B | |
| 95. | | | | | | | | | |
| 96. Vanguard Annuity ⬤ | | | | | | | | | |
| 97. Money Market | | None | J | T | | | | | |
| 98. Total Bond Market | | None | K | T | | | | | |
| 99. Short Term Corp. | | None | J | T | | | | | |
| 100. Balanced | | None | J | T | | | | | |
| 101. Diversified Value | | None | J | T | | | | | |
| 102. Equity Income | | None | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 4/22/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ N●NE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Equity Index | | None | J | T | | | | | |
| 104. Growth | | None | J | T | | | | | |
| 105. Mid-Cap Index | | None | J | T | | | | | |
| 106. REIT Index | | None | J | T | | | | | |
| 107. Small Co. Growth | | None | J | T | | | | | |
| 108. International | | None | J | T | | | | | |
| 109. High Yield Bond | | None | J | T | | | | | |
| 110. | | | | | | | | | |
| 111. Boggy Creek Ltd.-Orange County, FL | D | Distribution | J | W | | | | | |
| 112. Jetport Ltd., Orange County, FL | D | Distribution | M | W | | | | | |
| 113. Wetherbee Ltd., Orange County, FL | | None | N | W | | | | | |
| 114. Airport Industrial, Ltd., Orange County, FL | | None | M | W | | | | | |
| 115. | | | | | | | | | |
| 116. IRA (MS-● | | | | | | | | | |
| 117. MSDW Global Div. Growth Fund | A | Dividend | J | T | | | | | |
| 118. MSDW U.S. Govn't Securities | A | Dividend | K | T | | | | | |
| 119. MSDW Div. Growth | B | Dividend | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  ● =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 4/22/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 121. MS Real Estate Fund | B | Dividend | J | T | | | | | |
| 122. Amex S&P 500 | A | Dividend | J | T | | | | | |
| 123. I Shares MSCI-EAFE | A | Dividend | J | T | | | | | |
| 124. I Shares Russell 1000 Gr. | A | Dividend | J | T | | | | | |
| 125. I Shares Russell 1000 Val. | A | Dividend | J | T | | | | | |
| 126. I Shares Russell 2000 Index | A | Dividend | K | T | | | | | |
| 127. Pimco High Yield | A | Dividend | J | T | | | | | |
| 128. Pimco Total Return | A | Dividend | J | T | Buy | 3/13 | J | | |
| 129. I Shares MSCI Emer. Mkt. | A | Dividend | J | T | Part Sell | 8/6 | J | D | |
| 130. I Shares Goldman NR | A | Dividend | J | T | | | | | |
| 131. I Shares Trust Lehman | A | Dividend | J | T | | | | | |
| 132. | | | | | | | | | |
| 133. IRA-Fidelity (GP) (Note 2) | | | | | | | | | |
| 134. Franklin Mtg Portfolio | D | Dividend | M | T | Buy | 5/1 | J | | |
| 135. Fidelity Cash Reserves | C | Dividend | L | T | | | | | |
| 136. Fidelity Real Estate | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | ◄ P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 4/22/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. JP Morgan RE | B | Dividend | K | T | Part sell | 5/1 | J | B | |
| 138. Wilshire Lg. Gr. | E | Dividend | | | Sell | 5/1 | M | E | |
| 139. Wilshire Lg. Gr. (Note 4) | | | M | T | Buy | 5/1 | M | | |
| 140. Dreyfus Emer. Mkt. | E | Dividend | L | T | Part sell | 5/1 | J | B | |
| 141. Lehman High Income (Note 2) | A | Dividend | J | T | | | | | |
| 142. Harbor Int'l | D | Dividend | M | T | Part sell | 5/1 | J | D | |
| 143. I Shares Russell 1000 Val. | B | Dividend | L | T | | | | | |
| 144. Pimco Emerg. Mkts. Bd. | B | Dividend | K | T | | | | | |
| 145. T. Rowe Price Int'l Bd. | B | Dividend | M | T | Buy | 5/1 | J | | |
| 146. SEI High Yield | A | Dividend | J | T | | | | | |
| 147. U.S. Treas. | B | Interest | | | Sell | 5/15 | L | A | |
| 148. U.S. Treas. | B | Interest | K | T | | | | | |
| 149. Vanguard Explorer | C | Dividend | K | T | | | | | |
| 150. I Shares Russell 200 Val. | B | Dividend | L | T | | | | | |
| 151. I Shares TIPS | B | Dividend | K | T | | | | | |
| 152. Pimco Real Return | D | Dividend | L | T | Buy | 5/1 | J | | |
| 153. Ishs DJ Div. Index | B | Dividend | L | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 4/22/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Ishs IBOXX | B | Dividend | K | T | | | | | |
| 155. Vanguard Inter. Bd | A | Dividend | J | T | Buy | 5/8 | J | | |
| 156. Brandywine Blue | B | Dividend | K | T | | | | | |
| 157. Harbor Bond Inst. | D | Dividend | M | T | | | | | |
| 158. Loomis Sayles Bond | D | Dividend | M | T | Buy | 3/14 | K | | |
| 159. | | | | | | | | | |
| 160. AS&E PS Acct. ⬤ (Note 3) | | | | | | | | | |
| 161. SunTrust Stable Asset Fund | | | J | T | | | | | |
| 162. T. Rowe Price Mid. Cap. | | | | | Sell | 9/30 | K | | |
| 163. Franklin Sm. Cap. Growth | | | K | T | Buy | 9/30 | J | | |
| 164. Dreyfus Mid Cap | | | | | Sell | 9/30 | K | | |
| 165. Franklin Bal Sheet | | | | | Sell | 9/30 | L | | |
| 166. Pimco Total Return | | | M | T | Buy | 9/30 | L | | |
| 167. Lazard Emer. Mkt. (Note 2) | | | K | T | Part Sell | 9/30 | K | | |
| 168. Artisan Int'l | | | K | T | | | | | |
| 169. Oakmark Fund | | | | | Sell | 9/30 | L | | |
| 170. Vanguard 500 Index | | | L | T | Buy | 9/30 | K | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   ● =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)          U =Book Value           V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 4/22/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. STI Sm. Cap. Val. | | | L | T | Buy | 9/30 | L | | |
| 172. Allianz Div. Val. | | | L | T | Buy | 9/30 | L | | |
| 173. Artisan Mid-Cap Val. | | | | | Sell | 9/30 | K | | |
| 174. Alliance Bernstein Intern'l | | | K | T | | | | | |
| 175. | | | | | | | | | |
| 176. Fidelity ● (Note 2) | | | | | | | | | |
| 177. Fidelity U.S. Gov't Reserves (Cash) | A | Dividend | M | T | Buy | 11/16 | M | | |
| 178. Dade County Bond | A | Interest | J | T | | | | | |
| 179. West Palm Beach Bond | A | Interest | | | Redeem | 3/1 | K | A | |
| 180. Hillsborough County Bond | A | Interest | J | T | | | | | |
| 181. SEI Sm. Cap. Gr. | A | Dividend | J | T | | | | | |
| 182. I Shares Russell 1000 Val | A | Dividend | L | T | Buy | 3/22 | J | | |
| 183. I Shares Russell 1000 Gr. | A | Dividend | K | T | Part Sell | 10/24 | J | B | |
| 184. NASDAQ 100 | A | Dividend | J | T | | | | | |
| 185. Royce Low Price | B | Dividend | K | T | | | | | |
| 186. Fidelity R.E. | B | Dividend | J | T | Part sell | 6/28 | J | C | |
| 187. Dreyfus Emer. Mkt. | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 4/22/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Harbor Int'l | C | Dividend | L | T | | | | | |
| 189. I Shares Cohen & Steers | A | Dividend | J | T | Part sell | 10/19 | J | C | |
| 190. I Shares Russ 2000 Gr. | A | Dividend | J | T | Buy | 3/22 | J | | |
| 191. I Shares S&P Mid-Cap 400 | A | Dividend | J | T | Buy | 3/22 | J | | |
| 192. Pimco Emer. Mkt. Bd. | A | Dividend | J | T | Buy | 3/22 | J | | |
| 193. T. Rowe Price Int'l Bd. | A | Dividend | J | T | Buy | 3/22 | J | | |
| 194. Vanguard Inter. Tax Ex. | B | Dividend | K | T | | | | | |
| 195. I Shares TIP Bd. | A | Dividend | K | T | | | | | |
| 196. iShares MSCI Emer. Mkt. | A | Dividend | K | T | | | | | |
| 197. Tampa Hillsborough Expy. | A | Interest | K | T | | | | | |
| 198. Dodge & Cox Intern'l | A | Dividend | J | T | | | | | |
| 199. Fidelity Tax Free Bd. | A | Interest | K | T | Buy | 3/22 | J | | |
| 200. Fidelity Tax Free Bd. | | | | | Buy | 6/28 | J | | |
| 201. Loomis Sayles Bd. | B | Dividend | K | T | Buy | 3/22 | J | | |
| 202. iShares Russell 2000 Val. | A | Dividend | J | T | | | | | |
| 203. I Shares DJ Sel. | A | Dividend | J | T | Buy | 6/28 | J | | |
| 204. Power Shares | A | Dividend | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B -$1,001 - $2,500  C -$2,501 - $5,000  D $5,001 - $15,000  E $15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 4/22/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Brandywine Blue | B | Dividend | J | T | Buy | 6/28 | J | | |
| 206. SEI High Yield | A | Dividend | J | T | Buy | 3/22 | J | | |
| 207. Pimco Real Ret. | B | Dividend | K | T | Buy | 3/28 | J | | |
| 208. Pimco Real Ret. | | | | | Buy | 6/28/ | J | | |
| 209. | | | | | | | | | |
| 210. W&M IRA (Note 5) | | | | | | | | | |
| 211. Ishrs TIP | A | Dividend | J | T | | | | | |
| 212. Ishrs IBOXX | A | Dividend | J | T | | | | | |
| 213. Ishrs Russell 1000 Val. | A | Dividend | J | T | | | | | |
| 214. Ishrs Russell 2000 Val. | A | Dividend | J | T | | | | | |
| 215. Dreyfus Emer. Mkt. | B | Dividend | J | T | | | | | |
| 216. Franklin Strat. Mtg. | A | Dividend | J | T | Buy | 7/12 | J | | |
| 217. Harbor Bond | A | Dividend | J | T | | | | | |
| 218. Harbor Int'l | A | Dividend | J | T | Part Sell | 8/16 | J | C | |
| 219. JP Morgan RE | A | Dividend | J | T | | | | | |
| 220. Pimco Emer. Mkt. | A | Dividend | J | T | | | | | |
| 221. Pimco Commod. Real. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | F S15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 4/22/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. T. Rowe Price Int'l Bd. | A | Dividend | J | T | | | | | |
| 223. SEI High Yield | A | Dividend | J | T | | | | | |
| 224. Torray Fd. | A | Dividend | J | T | | | | | |
| 225. Vanguard Exp. | A | Dividend | J | T | | | | | |
| 226. Wilshire Lg. Gr. | B | Dividend | | | Sell | 6/28 | J | D | |
| 227. Wilshire Lg. Gr. (Note 4) | | | J | T | Buy | 6/28 | J | | |
| 228. Fidelity Cash Res. | A | Dividend | J | T | Withdraw | 1/11 | J | A | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 4/22/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Notes:

1. Delete as duplicate entry, see line 26.

2. Name Change.

3. This is an employer-managed account. I do not receive information regarding income, gains or losses. Contributions are reported quarterly.

4. Switched fund classification, took gain and repurchased a portion of same fund.

5. I contributed a portion of my Fidility IRA to a charitable institution in 2005. I had not previously broken this out into a separate account, as the holdings essentially mirrored the primary account.

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 4/22/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544